BEFORE THE SECOND DIVISION, MARCH 2, 1965

No. 69107.—Cragstan Corp. et al. *v.* United States, protests 59/735, etc. (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of cycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 69108.—John H. Faunce, Phila., Inc. *v.* United States, protests 63/21192 and 63/21194 (Philadelphia).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of stethoscopes similar in all material respects to those the subject of Abstract 68126, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MARCH 2, 1965

No. 69109.—Hybern, Incorporated *v.* United States, protest 63/22764 (Los Angeles).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 CCPA 78, C.A.D. 733), the claim of the plaintiff was sustained.